1 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 Joel D. Smith (State Bar No. 244902)
3 1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
4 Telephone: (925) 300-4455
Facsimile: (925) 407-2700
5 E-Mail: ltfisher@bursor.com
          jsmith@bursor.com
6
7 *Attorneys for Plaintiffs*

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAKOTAH MASSIE and NEIL MANGLANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS COMPANY and DECIBEL INSIGHT, INC.,<br><br>　　　　　Defendants. | CASE NO.: 1:20-CV-01560-NONE-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT DECIBEL INSIGHT, INC.'S TIME TO RESPOND TO CLASS ACTION COMPLAINT BY 60 DAYS**<br>(Doc. 6) |

---

Case No.:1:20-CV-01560-NONE-JLT
STIPULATION AND [PROPOSED] ORDER TO EXTEND DECIBEL'S TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144(a), Plaintiffs Dakota Massie and Neil Manglani ("Plaintiffs") and Defendant Decibel Insight, Inc. ("Decibel") (collectively, the "Parties"), by and through their respective counsel, respectfully request that the court approve the Parties' stipulation to extend the time for Decibel to respond to the Class Action Complaint ("Complaint") by 60 days until Monday, February 1, 2021.

WHEREAS, Plaintiffs filed the Complaint on November 4, 2020, ECF No.1, alleging violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 631 and 635, and invasion of privacy under California's Constitution;

WHEREAS, Plaintiffs served Decibel with a copy of the Complaint on November 10, 2020;

WHEREAS, Decibel's current deadline to respond to the Complaint is December 1, 2020;

WHEREAS, counsel for Decibel seeks additional time to investigate the factual and legal issues raised by Plaintiffs in the Complaint prior to filing a responsive pleading;

WHEREAS, counsel for the Parties conferred on November 20, 2020 and determined that it would serve the interests of efficiency to extend Decibel's response date 60 days to allow the Parties additional time to investigate their respective claims and defenses and explore resolutions that may minimize or obviate the need for motion practice;

WHEREAS, no extensions have previously been sought by the Parties;

WHEREAS, no party will be prejudiced by an extension of Decibel's time to respond to the Complaint;

WHEREFORE, IT IS HEREBY STIPULATED between Plaintiffs and Decibel that:

Decibel's deadline to file an answer or otherwise respond to the Complaint is extended up to and including February 1, 2021.

The Parties respectfully request that this stipulation be granted by signing the accompanying proposed order.

DATED: November 24, 2020                    BURSOR & FISHER, P.A.

                                          By: */s/ L. Timothy Fisher*
                                               L. Timothy Fisher
                                               Joel D. Smith

Attorneys for plaintiffs DAKOTA MASSIE and NEIL MANGLANI

DATED: November 24, 2020                    GREENBERG TRAURIG, LLP

By: */s/ Ian Ballon*
    Ian Ballon (SBN 141819)
    Ballon@gtlaw.com
    1900 University Avenue, 5th Floor
    East Palo Alto, California 94303
    Telephone: 650.328.7881
    Facsimile: 650.289.7881

    Rebekah S. Guyon (SBN 291037)
    GuyonR@gtlaw.com
    1840 Century Park East, Suite 1900
    Los Angeles, California 90067-2121
    Telephone: 310.586.7700
    Facsimile: 310.586.7800

Attorneys for defendant DECIBEL INSIGHT, INC.

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, the Court **ORDERS** that Decibel Insight, Inc. SHALL respond to the Class Action Complaint no later than February 1, 2021.

IT IS SO ORDERED.

Dated:   **November 24, 2020**             **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ L. Timothy Fisher*
L. Timothy Fisher
