# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTAH MASSIE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, et al., <br><br> Defendants. | Case No.: 1:20-cv-01560 NONE JLT <br><br> ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR GENERAL MOTORS COMPANY TO FILE A RESPONSIVE PLEADING <br> (Doc. 8) |

The parties have stipulated to allow General Motors Company until January 25, 2021 to file a responsive pleading. (Doc. 8) The reason for the stipulation is to allow this defendant to investigate the claims and legal issues raised in the complaint. Thus, the Court ORDERS:

1. General Motors Company SHALL file a responsive pleading to the complaint no later than January 25, 2021.

IT IS SO ORDERED.

Dated: __November 30, 2020__        _____/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE