| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | *jnadolenco@mayerbrown.com* |
| | ARCHIS A. PARASHARAMI (SBN 321661) |
| 3 | *aparasharami@mayerbrown.com* |
| | 350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA  90071-1503 |
| | Telephone:  (213) 229-9500 |
| 5 | Facsimile:   (213) 625-0248 |
| 6 | Attorneys for Defendant |
| | General Motors LLC |
| 7 | |

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTAH MASSIE and NEIL MANGLANI, individually and by and on behalf of all others similarly situated, | Case No.  1:20-cv-1560-NONE-JLT |
| Plaintiffs, | **[PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE JURISDICTIONAL MOTIONS** |
| v. | (Doc. 14) |
| GENERAL MOTORS LLC and DECIBEL INSIGHT, INC., | |
| Defendants. | |

The Court, having considered the stipulation of the parties and for good cause shown, **ORDERS**:

1. The defendants' **SHALL** file their jurisdictional motions, if at all, **no later than February 15, 2021**. Plaintiffs' opposition or statement of non-opposition **SHALL** be filed **no later than March 9, 2021**. The replies, if any, **SHALL** be filed **no later than March 22, 2021**;

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEFENDANTS' TIME TO FILE JURISDICTIONAL MOTIONS;
CASE NO. 1:20-CV-1560-NONE-JLT

739853930

2.  If there is no jurisdictional motion filed, the defendants SHALL file their responsive pleadings no later than February 15, 2021.  Otherwise, all other dates and deadlines remain as previously ordered by this Court on January 20, 2021.

IT IS SO ORDERED.

Dated: **January 30, 2021**              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEFENDANTS' TIME TO FILE JURISDICTIONAL MOTIONS;
CASE NO. 1:20-CV-1560-NONE-JLT

739853930