IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAKOTAH MASSIE and NEIL MANGLANI, individually and by and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS LLC and DECIBEL INSIGHT, INC.,<br><br>    Defendants. | Civil Action No. 21-787-RGA |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the motions to dismiss (D.I. 50, 53) are **GRANTED**. Counts I, II, and IV are **DISMISSED** without prejudice for lack of subject matter jurisdiction. Count III is **DISMISSED** as withdrawn.

IT IS SO ORDERED.

Entered this 17th day of February, 2022.

_____
United States District Judge